JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO G.,[1] | Case No. CV 22-4162 DMG (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting commissioner of Social Security, | |
| Defendant. | |

**IT IS ADJUDGED** that the decision of the Commissioner is **REVERSED** and that the above-captioned action is **REMANDED** to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge.

DATED:  November 13, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.